UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, | Case No. 8:12-cv-00675-AG-MLG |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| KEY INN, LTD. dba KEY INN & SUITES, et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation submitted by plaintiff Chris Kohler and defendants Key Inn, Ltd. dba Key Inn & Suites and Sixpence Inn of Tustin,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: July 19, 2012

United States District Judge
Andrew J. Guilford