UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>　　　Plaintiff,<br><br>v.<br><br>KEY INN, LTD. dba KEY INN & SUITES, et al.,<br><br>　　　Defendants.<br>_____/ | Case No. 8:12-cv-00675-AG-MLG<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

　　Upon consideration of the Joint Stipulation submitted by plaintiff Chris Kohler and defendants Key Inn, Ltd. dba Key Inn & Suites and Sixpence Inn of Tustin,

　　IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: July 19, 2012

_____
United States District Judge
Andrew J. Guilford